UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-08464-ODW (DFMx) | Date | September 18, 2024 |
|---|---|---|---|
| Title | *Arroyo Escondido, LLC v. Balmoral Farm, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

    On May 2, 2023, the Court ordered the parties to resolve their objections to deposition testimony with Magistrate Judge Douglas F. McCormick, and upon resolution, contact the Court regarding scheduling a new trial date. (Min. Order, ECF No. 137.) On March 28, 2024, Magistrate Judge McCormick ruled on the parties' objections. (Order re Dep. Objs., ECF No. 168.) Close to six months have passed since the resolution of the parties' deposition testimony objections and the parties have not contacted the Court to schedule a new trial date pursuant to its order.

    Accordingly, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing only, why the Court should not dismiss this case or sanction the parties for failure to timely contact the Court regarding scheduling a new trial date and related deadlines. No hearing will be held. The parties shall respond to this order **within seven (7) days**. Failure to timely and adequately comply with this order may result in dismissal of this action or other sanctions without further notice.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |